UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP and Its Individual Members, ARCONIC CORPORATION; COMMONWEALTH ROLLED PRODUCTS INC.; CONSTELLIUM ROLLED PRODUCTS RAVENSWOOD, LLC; JW ALUMINUM COMPANY; NOVELIS CORPORATION; and TEXARKANA ALUMINUM, INC., <br><br>            **Plaintiffs,** <br><br>    **v.** <br><br>UNITED STATES, <br><br>            **Defendant.** | Court No. 23-00251 |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. <u>Name and Standing of Plaintiffs.</u>

   Plaintiffs in this action are the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members (Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc.) (collectively, "Plaintiffs"). The individual members of the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group are manufacturers, producers, and/or wholesalers in the United States of common alloy aluminum sheet ("CAAS"), the domestic like product. Additionally, the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group is a trade or business

association, a majority of whose members manufacture, produce, or wholesale CAAS in the United States. Moreover, Plaintiffs were parties to the proceeding that led to the determination being challenged. Accordingly, Plaintiffs are interested parties within the meaning of sections 771(9)(C) and (E) and 516A(f)(3) of the Act.[1] See 19 U.S.C. § 1677(9)(C) and (E). As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>

The contested determination is the U.S. Department of Commerce's (the "Department") final results in the first administrative review of the antidumping duty order on common alloy aluminum sheet ("CAAS") from the Republic of Turkey ("Turkey"). See <u>Common Alloy Aluminum Sheet From Turkey: Final Results of Antidumping Duty Administrative Review; 2020–2022</u>, 88 Fed. Reg. 77,550 (Dep't Commerce Nov. 13, 2023) ("<u>Final Results</u>"). The determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the <u>Final Results</u> and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3. <u>Date of determination</u>

The U.S. Department of Commerce's final determination was signed on November 3, 2023 and was published in the <u>Federal Register</u> on November 13, 2023.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The U.S. Department of Commerce's final determination was published in the <u>Federal Register</u> on November 13, 2023. See <u>Common Alloy Aluminum Sheet from Turkey: Final Results of Antidumping Duty Administrative Review; 2020–2022</u>, 88 Fed. Reg. 77,550 (Dep't Commerce Nov. 13, 2023)

---

[1] During the Commerce Department's conduct of the underlying investigation (<u>i.e.</u>, in April 2020), one of the petitioning companies – Aleris Rolled Products Inc. – was acquired by Novelis Corporation, another petitioner. As a condition of the sale, the U.S. Department of Justice required that a portion of the assets of Aleris Rolled Products Inc. be sold off. Commonwealth Rolled Products Inc. is the name of the corporate entity that now owns the sold off assets – and Commonwealth now operates a mill in Lewisport, Kentucky that was previously owned and operated by Aleris.

 /s/ John M. Herrmann  
JOHN M. HERRMANN  
PAUL C. ROSENTHAL  
JOSHUA R. MOREY  
jherrmann@kelleydrye.com  
prosenthal@kelleydrye.com  
jmorey@kelleydrye.com  
3050 K Street, N.W., Suite 400  
Washington, D.C.   20007  
(202) 342-8488  

Counsel to the Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and Its Individual Members (Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc.)

Dated:  December 4, 2023

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

> Director, Civil Division
> Commercial Litigation Branch
> U.S. Department of Justice
> 1100 L Street, N.W., Room 12124
> Washington, D.C. 20530
>
> General Counsel
> U.S. Department of Commerce
> 14th Street & Constitution Avenue, N.W.
> Washington, D.C. 20230

By Hand:   Attorney-In-Charge
           International Trade Field Office
           Commercial Litigation Branch
           U.S. Department of Justice
           26 Federal Plaza
           New York, NY 10278-0001


                                                             The Honorable Mario Toscano
                                                             Clerk of the Court


Date: December ___, 2023                    By:_____

# CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

**Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group et al. v. United States**
**CIT Court No. 23-00251**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, John M. Herrmann, hereby certify that on December 4, 2023, copies of the foregoing Summons, Form 5, Form 11, Forms 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified mail, return receipt requested:

**UPON THE UNITED STATES**

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

**UPON THE U.S. DEPARTMENT OF COMMERCE**

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Assan Aluminyum Sanayi ve Ticaret A.S., Kibar Americas, Inc., and Kibar Dis Ticaret A.S.**

Matthew Nolan, Esq.
Arent Fox Schiff LLP
1717 K Street, N.W.
Washington, DC  20006
matthew.nolan@afslaw.com


**On behalf of ASAS Alüminyum Sanayi ve Ticaret A.S.**

Julie C. Mendoza, Esq.
Morris, Manning & Martin, LLP
1401 I Street, N.W., Suite 600
Washington, DC 20005
jmendoza@mmmlaw.com


**On behalf of Teknik Aluminyum Sanayi A.S.**

Kristen Smith, Esq.
Sandler, Travis & Rosenberg, P.A.
1300 Pennsylvania Avenue, N.W., Suite 400
Washington, DC 20004-3002
ksmith@strtrade.com


        /s/ John M. Herrmann
        JOHN M. HERRMANN
        KELLEY DRYE & WARREN LLP